STATE OF CONNECTICUT *v.* LUEKE COOPER
(8476)

DALY, NORCOTT and HEIMAN, Js.

Argued January 18—decision released February 5, 1991

*Thomas C. C. Sargent,* for the appellant (defendant).

*Richard F. Jacobson,* assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *Stephen J. Sedensky,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.